# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1028

_____

| | | |
|---|---|---|
| Tamara Stone Enderud, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| George Jackson Mental Health Center, | * | Eastern District of Arkansas. |
| | * | |
| Defendant, | * | **[UNPUBLISHED]** |
| | * | |
| Arkansas Department of Human | * | |
| Services, (Originally sued as George | * | |
| Jackson Mental Health Center) also | * | |
| known as George Jackson Mental | * | |
| Healthcare, | * | |
| | * | |
| Appellee. | | |

_____

Submitted: February 21, 2001
Filed: February 26, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Tamara Stone-Enderud appeals the district court's[1] judgment in favor of defendant following a bench trial in her employment discrimination action. After careful consideration of the arguments in Stone-Enderud's brief, we conclude that the district court's judgment should be affirmed. Stone-Enderud fails to direct us to anything in the record which would show that the district court erred in entering judgment against her after finding that her former employer did not engage in intentional discrimination against her based on her religion.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE HENRY WOODS, United States District Judge for the Eastern District of Arkansas.